TROWBRIDGE & JENNINGS *vs.* PITCHER, WEAVER & CO.

Under our statute, in an action on a note, the production of the note is full evidence of
its execution, and the consideration, unless questioned by the plea of *nil debet, non
assumpsit, non est factum,* or the like, supported by affidavit.

And, in a suit against a firm, on a note executed by the partnership name, it is not
necessary, under our statute, upon the plea of *nil debet,* not sworn to, to prove the
partnership.

THIS was an action of debt, tried in Pulaski Circuit Court, in No-
vember, A. D. 1841, before the Hon. JOHN J. CLENDENIN, one of the
Circuit Judges. Pitcher, Weaver & Co., sued Samuel G. Trowbridge
& Richard T. Jennings, as partners, on a note executed by their firm
name. The defendants pleaded *nil debet,* without swearing to the
plea. Upon the issue, no other evidence being produced than the
note, the plaintiff had judgment. The defendants moved for a new
trial, and their motion being overruled, they sued their writ of error.

*Hempstead & Johnson,* for the plaintiffs, insisted that it was necessary,
under the issue, to prove the partnership of Trowbridge & Jennings;
and cited *Rev. St., sec.* 102, *p.* 633. *2 Saund. on Pl. & Ev.* 710.
*Tuttle vs. Cooper, 5 Pick.* 414. *Collyer on Part.* 449. *Rochester vs.
Trotter, 1 Marsh.* 54. *Mason vs. Rumsey, 1 Camp.* 384.

*Trapnall & Cocke,* contra, cited *Rev. St., title Abatement, sec.* 5.

*By the Court,* DICKINSON, J.

Under our statute, the production of the note is evidence of its exe-
cution, and the consideration for which it was given, and is full proof
of these facts, unless questioned by pleas of *nil debet, non est factum,
non assumpsit,* and the like, supported by affidavit. In this case, the
plea is unsupported by affidavit; consequently, the production of the
note itself proves the indebtedness of the defendants, in the manner
charged in the declaration.

Judgment affirmed.